**Motion is Moot; Order filed October 9, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00682-CV
_____

**MARIO TORRES AND ANA PATRICIA TORRES, INDIVIDUALLY AND A/N/F OF N.T., A MINOR, Appellants**

**V.**

**TEXAS CHILDREN'S HOSPITAL AND DR. JOHN DOE AND DR. JANE DOE, Appellees**

---

**On Appeal from the 234th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-61396**

---

## ORDER

Today appellants have filed a second emergency motion for relief under Rule 29.3 of the Texas Rules of Appellate Procedure or, in the alternative, for a writ of injunction. Before the filing of this motion, this court's opinion and judgement disposing of the interlocutory appeal had been approved for issuance and release. The motion was filed while the clerk's office was in the process of

issuing the opinion. The opinion and judgement disposing of this interlocutory appeal provides for this court's order of October 5, 2020, granting emergency relief, to remain in full force and effect until October 12, 2020, at 5:00 p.m. Under these circumstances, appellants' second emergency motion is moot in this court, and any further relief should be pursued in the Supreme Court of Texas.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Bourliot.